

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00059-CV

---

IN RE DONNA HENDERSON

---

On Appeal from the County Court at Law No. 2
Smith County, Texas
Trial Court No. 69981-A

---

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The parties have filed a joint motion to affirm the trial court's judgment.[1] Under the authority of Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion and affirm the judgment of the trial court. *See* TEX. R. APP. P. 42.1(a)(1).

Ralph K. Burgess
Justice

Date Submitted: December 30, 2019
Date Decided: December 31, 2019

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001. We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.